**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00774-CV

### ROHRMOOS VENTURE, ET AL., Appellants

### V.

### UTSW DVA HEALTHCARE, LLP, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15959**

## ORDER

We **DENY** appellee's November 5, 2014 motion for an extension of the word limit for its brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE